■ NINA SINNOTT et al., Appellants, v TOWN OF NORTH HEMPSTEAD, Respondent. [665 NYS2d 509] —Appeal by the plaintiffs from an order of the Supreme Court, Nassau County (Lally, J.), entered October 4, 1996.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Lally at the Supreme Court. Bracken, J. P., Copertino, Sullivan and McGinity, JJ., concur.